**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10427 |
| Plaintiff - Appellee, | D.C. No. 2:94-cr-00251-GEB |
| v. | |
| JOSE MANUEL ARCINIEGA, AKA Jessie Gonzalez-Rodriguez, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, District Judge, Presiding

Submitted November 17, 2009 [**]

Before:    ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Jose Manuel Arciniega appeals pro se from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Arciniega contends that the district court erred when it denied his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction under Amendment 709 to U.S.S.G. § 4A1.2(c)(1)(A). Because that Amendment is not referenced by U.S.S.G. § 1B1.10(c), Arciniega is not eligible for a sentence reduction under § 3582(c)(2). *See* 18 U.S.C. § 3582(c)(2); U.S.S.G. § 1B1.10(a) (2008); *United States v. Cueto*, 9 F.3d 1438, 1440-41 (9th Cir. 1993).

**AFFIRMED.**